1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9
DANIEL A. GOMEZ,                    )          1:05-CV-00652-OWW-TAG-HC
10                                 )
         Petitioner,                )          ORDER DENYING MOTION FOR
11                                 )          APPOINTMENT OF COUNSEL
              v.                    )          (DOCUMENT #3)
12                                 )
THE PEOPLE,                         )
13                                 )
                                    )
14       Respondent.                )
_____    )
15
16          Petitioner has requested the appointment of counsel.  There currently exists no absolute

17   right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d

18   479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.),

19   cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment

20   of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules

21   Governing Section 2254 Cases.  In the present case, the Court does not find that the interests of

22   justice would be served by the appointment of counsel at the present time.

23          Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment of

24   counsel is denied.

25   IT IS SO ORDERED.

26   **Dated:    May 23, 2005**              _____/s/ Theresa A. Goldner_____
27   j6eb3d                                  UNITED STATES MAGISTRATE JUDGE

28