IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL A. GOMEZ, | 1:05-CV-00652-OWW-TAG-HC |
| Petitioner, | |
| vs. | ORDER VACATING REPORT AND RECOMMENDATION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS (Doc. 11) |
| THE PEOPLE, | ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT (Doc. 13) |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 4, 2005, Petitioner filed the instant habeas petition. (Doc. 1). On May 24, 2005, the Court issued an order requiring Petitioner to pay the $5.00 filing fee for this action, or submit an application to proceed in forma pauperis, within thirty days from the date of service of that order. (Doc. 7). On July 5, 2005, after more than thirty days had passed during which Petitioner had failed to comply with or otherwise respond to the Court's order, the Court issued a Report and Recommendation that the petition be dismissed for failure to prosecute. (Doc. 11). The Report and Recommendation gave all parties thirty days within which to file objections. (Id.). On July 29,

1

1  2005, Petitioner paid the five dollar filing fee.  Subsequently, Petitioner also filed a motion to
2  proceed in forma pauperis.  (Doc. 13).
3       Because Petitioner has now complied with the Court's order, the Report and
4  Recommendation of July 5, 2005 will be vacated.  Moreover, because Petitioner has paid the filing
5  fee, his motion to proceed in forma pauperis will be denied as moot.
6       Accordingly, it is HEREBY ORDERED as follows:
7       1. The Report and Recommendation of July 5, 2005 (Doc. 11), is VACATED; and
8       2. Petitioner's motion to proceed in forma pauperis (Doc. 13), is DENIED as MOOT.

10 IT IS SO ORDERED.
11 **Dated:   August 13, 2005**                    **/s/ Theresa A. Goldner**
   j6eb3d                                         UNITED STATES MAGISTRATE JUDGE

2