UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL A. GOMEZ | ) | 1:05-CV-00652-OWW-TAG-HC |
| Petitioner, | ) ) | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| v. | ) ) | (Doc. 15) |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) ) ) | |
| Respondent. | ) ) | |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 25, 2005, Petitioner filed a written motion requesting the appointment of counsel. (Doc. 15). This is the second such motion Petitioner has filed in approximately three months. On May 4, 2005, Petitioner filed his first motion for appointment of counsel. (Doc. 3). The Court denied that motion on May 24, 2005. (Doc. 8).

Then, as now, the Court advised Petitioner that there currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases.

///

1   As was true in May 2005, the Court does not find that the interests of justice would
2 be served by the appointment of counsel at the present time.  Should circumstances change
3 such that it appears that the interests of justice would be served by the appointment of
4 counsel, the Court, at that time, would reconsider its decision.
5   For the foregoing reasons, IT IS HEREBY ORDERED that Petitioner's second
6 motion for appointment of counsel (Doc. 15), is DENIED.

8 IT IS SO ORDERED.
9 **Dated:   October 13, 2005**         **/s/ Theresa A. Goldner**
  j6eb3d                                                    UNITED STATES MAGISTRATE JUDGE