UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ALEJANDRO GOMEZ, | 1:05-cv-00652-LJO-TAG  (HC) |
| Petitioner, | |
| vs. | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| PEOPLE OF THE STATE OF CALIFORNIA, | (DOCUMENT #32) |
| Respondent. | |
| _____/ | |

Petitioner has filed a motion for appointment of counsel. (Doc. 32).   The instant motion is Petitioner's fourth motion for the appointment of counsel in this action. (See Docs. 3, 15, 28, 32).

As indicted in the Court's three prior orders regarding Petitioner's request for counsel to be appointed to represent him in this action (Docs. 8, 17, 29), there currently exists no absolute right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules Governing Section 2254 Cases.

In the present case, the Court does not find that the interests of justice would be served by the appointment of counsel at the present time.  Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for appointment of counsel (Doc. 32) is denied.

IT IS SO ORDERED.

Dated:   **January 23, 2008**                                    /s/ Theresa A. Goldner
                                                                                          UNITED STATES MAGISTRATE JUDGE