# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ALEJANDRO GOMEZ,<br><br>        Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Respondent. | 1:05-cv-00652 LJO-TAG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 34)<br><br>ORDER GRANTING MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS (Doc. 24)<br><br>ORDER DENYING ALL PENDING MOTIONS AS MOOT<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On January 30, 2008, the Magistrate Judge assigned to the case filed Findings and Recommendations recommending the petition for writ of habeas corpus be dismissed because the Petitioner failed to comply with the order of the Court and for lack of personal jurisdiction. (Doc. 34).  The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order.  On February 19, 2008, Petitioner filed objections to the Magistrate Judge's Findings and Recommendations (Doc. 35) and a motion to amend the complaint (Doc. 37).

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's

objections, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendations, filed January 30, 2008 (Doc. 34), are ADOPTED IN FULL;
2. Respondent's Motion to Dismiss (Doc. 24), is GRANTED;
3. The Petition for Writ of Habeas Corpus (Doc. 1), is DISMISSED;
4. All pending motions are DENIED as MOOT; and
5. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   March 12, 2008**              /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE