IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ALEJANDRO GOMEZ, | 1:05-cv-652 LJO-BAK (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PETITIONER'S MOTION FOR RELIEF |
| vs. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | (Doc. 45) |
| Respondent. | |

On April 9, 2009, Respondent filed a motion to extend time of thirty days in which to file a responsive pleading to Petitioner's motion for relief. (Doc. 45). Respondent alleges that Respondent's file has been sent to storage and must be retrieved before a response can be prepared. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent's motion to extend time (Doc. 45), is GRANTED. Respondent's responsive pleading to Petitioner's motion for relief must be filed within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

**Dated:   April 27, 2009**           /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE